**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

      Plaintiff,

vs.

Suprina Collateta Maho,

      Defendant.

CR14-08208-001-PCT-JZB

**ORDER**

The defendant appeared in court and admitted to violating his/her conditions of supervised released as alleged in Paragraph A and B(1) and (2) of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TIME SERVED.**

IT IS FURTHER ORDERED that the defendant be released from federal custody.

DATED this 19th day of November, 2015.

John A. Buttrick
United States Magistrate Judge